## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Benjamin David Butler,<br>     aka Benjamin D. Butler<br>     &<br>    Emily R. Butler<br>               Debtor(s) | BK NO. 17-01444 JJT<br><br>Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 **/s/James C. Warmbrodt, Esquire**
                                                 James C. Warmbrodt, Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 412-430-3594