# SCOTT A. WILLIAMS
*ATTORNEY AT LAW*
57 E. FOURTH STREET
P.O. BOX 3
WILLIAMSPORT, PENNSYLVANIA 17703-0003

SCOTT A. WILLIAMS

JOHN A. SMAY

AREA CODE (570) 323-8568
FAX: AREA CODE (570) 323-1155
E-MAIL: scottawilliams@verizon.net
scottwilliams7@verizon.net

CHARLES SCOTT WILLIAMS
(1906 - 1966)

OF COUNSEL:
CHRISTOPHER M. WILLIAMS, ESQ.

April 24, 2017

U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:    Benjamin David Butler and Emily R. Butler
            No. 4:17-01444

Dear Sir or Madam:

Please amend the creditor matrix to correct the address for the following:

1. Avant, Inc., 640 N. LaSalle Drive, Chicago, IL 60654-3781. Change to Avant, 222 N. LaSalle Drive, Suite 1700, Chicago, IL 60601.

Thank you.

Sincerely,

Scott A. Williams

SAW/vaf