# SCOTT A. WILLIAMS
*ATTORNEY AT LAW*
57 E. FOURTH STREET
P.O. BOX 3
WILLIAMSPORT, PENNSYLVANIA 17703-0003

SCOTT A. WILLIAMS

JOHN A. SMAY

AREA CODE (570) 323-8568
FAX: AREA CODE (570) 323-1155
E-MAIL: scottawilliams@verizon.net
scottwilliams7@verizon.net

CHARLES SCOTT WILLIAMS
(1906 - 1966)

OF COUNSEL:
CHRISTOPHER M. WILLIAMS, ESQ.

April 25, 2017

U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:    Benjamin David Butler and Emily R. Butler
            No. 4:17-01444

Dear Sir or Madam:

    Please amend the creditor matrix to correct the address for the following:

    1. Please amend Regional Acceptance Co., original address, 1514 Woodland Drive, Baltimore, MD 21207-4009, which was changed to: Regional Acceptance, 300 Redland Court #102, Owings Mill, MD 21117. Please now change to Regional Acceptance, PO Box 1847, Wilson, NC 27894-1847. We have obtained this address directly from that company.

    Thank you.

                                                    Sincerely,

                                                    Scott A. Williams

SAW/vaf