SCOTT A. WILLIAMS

JOHN A. SMAY

# SCOTT A. WILLIAMS
*ATTORNEY AT LAW*
57 E. FOURTH STREET
PO BOX 3
WILLIAMSPORT, PENNSYLVANIA 17703-0003

AREA CODE (570) 323-8568
FAX: AREA CODE (570) 323-1155
E-MAIL: scottawilliams@verizon.net
scottwilliams7@verizon.net

CHARLES SCOTT WILLIAMS
(1906 - 1966)

OF COUNSEL:
CHRISTOPHER M. WILLIAMS, ESQ.

May 8, 2017

U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:    Benjamin David Butler and Emily R. Butler
            No. 4:17-01444

Dear Sir or Madam:

    Please amend the creditor matrix to correct the address for the following:

    1. Onemain. Change from PO Box 499, Hanover, MD 21076 to: Onemain, 14196 Baltimore Avenue, Laurel, MD 20707.

    Thank you.

                                     Sincerely,

                                      Scott A. Williams

SAW/vaf