```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01444-JJT
Benjamin David Butler                                               Chapter 7
Emily R. Butler
         Debtors                CERTIFICATE OF NOTICE
District/off: 0314-4          User: TWilson             Page 1 of 1              Date Rcvd: Sep 22, 2017
                              Form ID: fnldec           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db/jdb         +Benjamin David Butler,   Emily R. Butler,   292 Hillside Drive,   Williamsport, PA 17702-8610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Scott A. Williams    on behalf of Joint Debtor Emily R. Butler scottawilliams@verizon.net
              Scott A. Williams    on behalf of Debtor Benjamin David Butler scottawilliams@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Benjamin David Butler<br>aka Benjamin D. Butler<br>292 Hillside Drive<br>Williamsport, PA 17702 | Chapter 7<br>Case No. 4:17−bk−01444−JJT |

Emily R. Butler
292 Hillside Drive
Williamsport, PA 17702

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−5464
xxx−xx−7434

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Lawrence G. Frank (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 22, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk